**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERILYN QUON; APRIL FLORIO; DOREEN KLEIN; JEFF QUON; STEVEN TRUJILLO,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ARCH WIRELESS, INCORPORATED, a Delaware corporation; CITY OF ONTARIO, a municipal corporation; LLOYD SCHARF; ONTARIO POLICE DEPT; DEBBIE GLENN, individually and as a Sergeant of Ontario Police Department,<br><br>Defendants - Appellees. | No. 07-55282<br><br>D.C. No. CV-03-199-SGL<br>Central California<br>(Los Angeles)<br><br>ORDER<br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br><br>MAR - 4 2011<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

Before: Peter L. Shaw, Appellate Commissioner

The appellants have informed the court that the parties have settled the attorneys' fees dispute. Appellants' request to withdraw their application for attorneys' fees is granted. The court will take no further action on appellants' attorneys' fees application.

MH/APPCOMM