Susan S. Azad (CA Bar No. 145471)
**LATHAM & WATKINS, LLP**
355 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Susan.azad@lw.com

Jennifer C. Archie, *admitted pro hac vice*
Matthew A. Brill, *admitted pro hac vice*
**LATHAM & WATKINS, LLP**
555 11th St NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Jennifer.archie@lw.com
Matthew.brill@lw.com

Attorneys for USA MOBILITY INC., successor in interest to Defendant
ARCH WIRELESS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF QUON, JERILYN QUON, APRIL FLORIO, DOREEN KLEIN, STEVE TRUJILLO; and ROES 1 THROUGH 20, Inclusive<br><br>Plaintiffs,<br><br>vs.<br><br>ARCH WIRELESS OPERATING COMPANY, INCORPORATED, A Delaware Corporation; CITY OF ONTARIO, A Municipal Corporation; ONTARIO POLICE DEPARTMENT; LLOYD SCHARF, Individually and as Chief of Ontario Police Department; DEBBIE GLENN, Individually and as a Sergeant of Ontario Police Department; and DOES 1 THROUGH 20, Inclusive<br><br>Defendants. | Case No.: EDCV 03-0199 ABC (OPx)<br><br>*Honorable Audrey B. Collins*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

1

2

# [PROPOSED] ORDER

3        Upon the Stipulation of the parties and good cause appearing therefrom, and

4    being fully advised, the Court hereby dismisses the above captioned matter with

5    prejudice.

6

7                            **IT IS SO ORDERED.**

8

9

10   Dated: March 4, 2011      _____

11                            Honorable Audrey B. Collins
                             UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**